Joseph W. Borton [ISB No. 5552]
Victor S. Villegas [ISB No. 5860]
Benjamin O. Layman [8616]
BORTON-LAKEY LAW & POLICY
141 E. Carlton Ave. Meridian,
Idaho 83642
Telephone: (208) 908-4415
Facsimile: (208) 493-4610
E-Mail:  joe@botion-lakey.com
        victor@borton-lakey.com
        ben@bo1lon-lakey.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| BALME FAMILY CAPITAL PARTNERS, LLC. <br><br> Plaintiff, <br><br> v. <br><br> PETR AND YEVGENIYA KUZMENKO, individuals, <br><br> Defendants. | Case No. 1:20-CV-576 <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO:**   **ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Heidi L. Mandt of the firm Williams Kastner hereby withdraws as Counsel of Record for Plaintiff Balme Family Capital Partners, LLC., and hereby stipulates to the substitution of Victor S. Villegas of Borton-Lakey Law & Policy as the new counsel of record for the Plaintiff in the above matter.  All future correspondence and

pleadings regarding this matter shall be directed to Victor S. Villegas at the above address and email.

DATED this_____day of February, 2021.

WILLIAMS KASTNER

By *s/ Heidi L. Mandt*
Heidi L Mandt, Idaho Bar No. #6758
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Email: hmandt@williamskastner.com

BORTON-LAKEY LAW & POLICY

By */s/ Victor S. Villegas*
Victor S. Villegas, Idaho Bar No. #5860
BORTON-LAKEY LAW & POLICY
141 E. Carlton Avenue
Meridian, ID 83642
Email: victor@borton-lakey.com

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of February 2021, I caused a true and accurate copy of the foregoing document to be served upon the following as indicated below:

| | |
|---|---|
| Tyler Anderson<br>HAWLEY TROXELL ATTONREYS &<br>COUNSELORS<br>877 W. Main Street, 10th Floor<br>Boise, ID 83702<br>tanderson@hawleytroxell.com | _____ Via First Class Mail<br>_____ Via Federal Express<br>_____ Via Facsimile<br>_____ Via Hand-Delivery<br>__✓__ Via E-Mail/E-filing |

/S/ Victor S. Villegas
Victor S. Villegas

NOTICE OF SUBSTITUTION OF COUNSEL - PAGE 3